**Motion GRANTED and Order filed November 29, 2022.**



In The

# Fourteenth Court of Appeals

———————

### NO. 14-22-00869-CV

———————

## IN RE SCOTT KELLEY, MICHAEL AFSHARI, AND MICHAEL SILVA, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-32592**

---

## ORDER

On November 28, 2022, relators Scott Kelley, Michael Afshari, and Michael Silva, filed a petition for writ of mandamus in this court. Relators ask this court to order the Honorable Jeralynn Manor, Judge of the 80th District Court, in Harris County, Texas, to vacate her orders dated October 25, 2022, compelling the depositions of relators entered in trial court number 2011-32592, styled *NCP Bayou*

*2, LLC, as Assignee of Res-TX One, LLC v. Waterhill Companies, Limited, et al.*, or alternatively enter an order abating further discovery until there has been a determination of whether the 2016 judgment is void.

Relators also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On November 28, 2022, relators asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the October 25, 2022 orders compelling the depositions of relators in trial court cause number 2011-32592, *NCP Bayou 2, LLC, as Assignee of Res-TX One, LLC v. Waterhill Companies, Limited, et al.,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

Relators' petition does not comply with Rule 52.3 of the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 52.3(k)(1)(A) (providing that appendix must contain ***certified or sworn*** copy of any order complained of, or any other matter showing matter complained of); 52.7(a)(2) (providing that relator must file with petition ***certified or sworn*** copy of every document that is material to relator's claim for relief and that was filed in any underlying proceeding); 52.7(a)(2) (providing that relator must file with petition properly authenticated transcript of any relevant testimony from any underlying proceeding, including exhibits offered in evidence, or statement that no testimony was adduced in connection with matter complained).

Accordingly, we **ORDER** relators to cure the deficiencies within 10 days of the date of this order. Failure to do so will result in the denial of the petition.

In addition, the court requests NCP Bayou 2, LLC, as Assignee of Res-TX One, LLC, and Jonathan Wasserberg to file a response to the petition for writ of mandamus on or before December 20, 2022. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Spain (Spain, J., dissenting)